**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Wayne Thompson, | No. CV-25-04170-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Gosar, et al., | |
| Defendants. | |

On November 7, 2025, Plaintiff Richard Wayne Thompson, who is not in custody, filed a pro se Complaint (Doc. 1), and an Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). This case was reassigned to the undersigned on December 17, 2025. This case will be dismissed for the reasons that follow.

Plaintiff has previously been declared a vexatious litigant and had a Vexatious Litigant Order entered against him in this District. *Thompson v. Penzone*, CV 20-01755-PHX-DJH (MTM), Doc. 7 (D. Ariz. Nov. 19, 2020). Pursuant to that Order, certain restrictions have been placed on Plaintiff's ability to file in this Court. Most importantly, before filing a complaint, Plaintiff must obtain leave of Court. Specifically, Plaintiff must submit a Motion for Leave to File that conforms to the following provisions:

(1) If Richard Wayne Thompson attempts to file any new action in this Court after [November 19, 2020], he must include therewith a "Motion for Leave to File" and attach to it the complaint he wishes to file. In the "Motion for Leave to File," Plaintiff must:

(A) in the FIRST SENTENCE, request leave to file the new action; and,

  (B) in the SECOND SENTENCE, state the number of individual claims he wishes to bring. For EACH CLAIM, Plaintiff must then, in ONE SENTENCE PER CLAIM, describe the harm he has suffered, or may suffer, and by whom such harm was, or may be, inflicted. For example, if Plaintiff intends to bring five claims, he may use one sentence for each of those claims, for a total of five sentences.

(2) If Plaintiff does not include a "Motion for Leave to File" with any new action he submits, the Court will not consider the filing, and the action will be summarily dismissed for failure to comply with this Order.

(3) If the "Motion for Leave to File" does not comply with the above requirements, the Court will read no further, the "Motion for Leave to File" will be denied, and the case will be summarily dismissed for failure to comply with this Order.

(4) If the Court cannot determine from the "Motion for Leave to File" what harm Plaintiff claims to have suffered and how the defendant(s) allegedly committed the harm, the Court will read no further, the "Motion for Leave to File" will be denied, and the case will be dismissed for failure to comply with this Order.

*Thompson v. Penzone*, CV 20-01755-PHX-DJH (MTM), Doc. 7 at 5-6 (D. Ariz. Nov. 19, 2020).

  Plaintiff has not submitted a Motion for Leave to File but has instead simply written "Motion for Leave to File" on each page of his Complaint. This fails to comply with the Vexatious Litigant Order entered against him. Additionally, Plaintiff has previously been admonished that writing "Motion for Leave to File" on the complaint was inadequate. *See, e.g., Thompson v. Weyer*, CV 24-00962-PHX-DJH (MTM), Doc. 5 (D. Ariz. May 22, 2024). Due to this failure to comply with the Vexatious Litigant Order, this action will be dismissed.

  Thus,

  **IT IS ORDERED** that this case is dismissed, without prejudice, and the Clerk of the Court shall enter judgment accordingly.

  / / /

  / / /

  / / /

  / / /

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is denied as moot.

Dated this 18th day of December, 2025.

James A. Teilborg
Senior United States District Judge

- 3 -